**Larry CASE, Appellant,**

v.

**CONTINENTAL CASUALTY COMPANY, Appellee.**

No. 02–3764.

United States Court of Appeals, Eighth Circuit.

Submitted April 22, 2003.

Decided April 28, 2003.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

PER CURIAM.

Larry Case appeals from the District Court's[1] adverse grant of summary judgment in his diversity action against Continental Casualty Co. Having carefully reviewed the record and the parties' briefs, see *Washburn v. Soper*, 319 F.3d 338, 340 (8th Cir.2003) (noting de novo review), we agree that the death of Case's mother from lung cancer was not, under the terms of his mother's policy, an accident; therefore, he was not entitled to accidental death benefits. Accordingly, we affirm the well-reasoned opinion of the District Court. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.